UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Tyrome M. Hollomon, Jr.

    V.                                          Case Number: 1:14CV00031

Smith Debnam Narron Drake
Saintsing & Myers, LLP

# **NOTICE**

**Take notice** that a proceeding in this case has been se as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Building<br>324 W. Market Street<br>Greensboro, NC 27401 |
| **COURTROOM NO.:** | 1-A |
| **DATE AND TIME:** | February 24, 2014 at 9:30 a.m. |
| **PROCEEDINGS:** | **Hearing as to IFP Application** |

John S. Brubaker, Clerk

By: /s/Kimberly Garrett, Deputy Clerk

Date: January 21, 2014

TO: ALL COUNSEL AND/OR PARTIES OF RECORD