IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TYROME M. HOLLOMON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-CV-31 |
| | ) | |
| SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 25, 2014, was served on the plaintiff. Plaintiff filed objections to the Recommendation. (Doc. 8.)

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that this action is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(d)(2)(B). A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 3rd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE