IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TYROME M. HOLLOMON, JR.,           )
                                    )
       Plaintiff,                  )
                                    )
v.                                  )      1:14-CV-31
                                    )
SMITH DEBNAM NARRON DRAKE           )
SAINTSING & MYERS, LLP,             )
                                    )
       Defendant.                  )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is dismissed.

This the 3rd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE